UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 20 P 12: 30

| | |
|---|---|
| ANNA V. LONGLEY<br>Plaintiff,<br><br>v.<br><br>WHITNEY MANOR CONVALESCENT<br>CENTER, INC.<br>and JOANN P. VUOLO<br>Defendants | CIVIL ACTION NO.<br><br>3:03CV0337 (WWE)<br><br><br><br><br>October 17, 2003 |

### NOTICE TO THE CLERK

The plaintiff hereby serves notice that on October 16, 2003 she faxed and mailed a copy of her settlement conference memorandum to the Special Masters.

FOR THE PLAINTIFF,

BY: _____
Atty. Jonathan L. Gould ct05237
Law Offices of Jonathan L. Gould
214 Main Street
Hartford, CT 06106
Tel. No. (860) 278-9115
Her Attorney

### Certificate of Service

This hereby certifies that a copy of the foregoing has been mailed, first class mail, postage prepaid, on October 17, 2003 to counsel of record as follows:

Atty. Jonathan M. Kozak
Atty. Thomas P. McDonough
Atty. E. Johan Lubbe
Jackson Lewis, LLP
One North Broadway
White Plains, NY 10601

_____
Jonathan L. Gould