**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ANNA V. LONGLEY | : | CIVIL ACTION NO. |
|     Plaintiff, | : | |
| | : | 3:03CV0337 (WWE) |
| v. | : | |
| | : | |
| WHITNEY MANOR CONVALESCENT | : | |
| CENTER, INC. | : | |
| and JOANN P. VUOLO | : | |
|     Defendants | : | November 20, 2003 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SETTLEMENT DOCUMENTS

The plaintiff in the above matter hereby files her motion to extend the time for 30 days in which to file the parties' settlement documents. The parties reported to the Court that this case was settled on or about October 14, 2003. Unfortunately, the defendants did not present the plaintiff with a final version of their proposed settlement documents until the day of this motion. Therefore, it was not possible for the plaintiff to sign and execute the documents, for the settlement amounts to be paid and for the parties to file the appropriate dismissal documents before the Court's deadline of November 21, 2003.

The plaintiff has tried to contact defense counsel in this matter, Atty. Johan Lubbe, regarding the this motion but has been unable to do so before the filing of this motion. This is the first request for extension of time with regard to this matter.

WHEREFORE, for good cause shown, the Court should extend for thirty days the time to file the appropriate dismissal documents.

ORAL ARGUMENT NOT REQUESTED

                            FOR THE PLAINTIFF,

BY:        _____
           Atty. Jonathan L. Gould ct05237
           Law Offices of Jonathan L. Gould
           214 Main Street
           Hartford, CT 06106
           Tel. No. (860) 278-9115

           Her Attorney

**Certificate of Service**

This hereby certifies that a copy of the foregoing has been mailed, first class mail, postage prepaid, on November 20, 2003 to counsel of record as follows:

Atty. Jonathan M. Kozak
Atty. Thomas P. McDonough
Atty. E. Johan Lubbe
Jackson, Lewis, LLP
One North Broadway
White Plains, NY 10601

                                _____
                                   Jonathan L. Gould