

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2003 NOV 21  A 10: 17

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| ANNA V. LONGLEY | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 3:03CV0337 (WWE) |
| v. | : | |
| | : | |
| WHITNEY MANOR CONVALESCENT | : | |
| CENTER, INC. | : | |
| and JOANN P. VUOLO | : | |
| Defendants | : | November 20, 2003 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE
SETTLEMENT DOCUMENTS**

The plaintiff in the above matter hereby files her motion to extend the time

for 30 days in which to file the parties' settlement documents.  The parties

reported to the Court that  this case was settled on or about October 14, 2003.

Unfortunately, the defendants did not present the plaintiff with a final version of

their proposed settlement documents until the day of this motion.  Therefore, it

was not possible for the plaintiff to sign and execute the documents, for the

settlement amounts to be paid and for the parties to file the appropriate dismissal

documents before the Court's deadline of November 21, 2003.

The plaintiff has tried to contact defense counsel in this matter, Atty.

Johan Lubbe, regarding the this motion but has been unable to do so before the

filing of this motion.  This is the first request for extension of time with regard to

this matter.

WHEREFORE, for good cause shown, the Court should extend for thirty

days the time to file the appropriate dismissal documents.


ORAL ARGUMENT NOT REQUESTED

Motion GRANTED

WARREN W. EGINTON
Senior United States District Judge