UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 23 P 4: 34

ANNA V. LONGLEY

v.

WHITNEY MANOR CONVALESCENT
MANOR INC.

US DISTRICT COURT
3:03CV337-WWE   BRIDGEPORT CT

## JUDGMENT

On October 23, 2003, pursuant to Local Rule 41(b), notice was sent to all counsel of record indicating that the above-entitled case would be dismissed if closing papers were not filed on or before November 21, 2003, and a request for extension of time to file closing papers having been granted to January 5, 2004,

No closing papers have been received and no further requests for continuance have been filed.

Therefore it is ORDERED that the complaint be dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party to move within 30 days, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut, this 23rd day of January, 2004.

KEVIN F. ROWE, Clerk

By _Rosalie A. Krajcik_
Deputy Clerk

Entered on Docket _____